# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| | **(For a Petty Offense)** |
| v. | CASE NUMBER: 07-po-07021 |
| WESLEY SERRANO | |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 42-4-1301(1)(b) | Driving While Ability Impaired | 12/29/2006 | 1 |
| 18 USC 13 | | | |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

4/18/2007
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty
U.S. Magistrate Judge
Name & Title of Judicial Officer

4/20/2007
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two days suspended on the condition that the defendant successfully complete a period of six months unsupervised probation.

The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district at   on .
 as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before  on .
as notified by the
United States Marshal.
Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## PROBATION

The defendant is hereby placed on unsupervised probation for a term of six months. As a condition of this probation defendant shall complete Level I drug/alcohol education. Defendant shall further perform 24 hours of community service. Defendant shall bear the expense of these programs and shall provide proof of completion to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $100.00 | |
| **TOTALS** | $10.00 | $100.00 | $0.00 |